

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2014

No. 04-14-00284-CR

Loretta **STRACHE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 370016
Honorable Phil Chavarria, Jr., Judge Presiding

# O R D E R

The court reporter's record was originally due to be filed on May 9, 2014. On May 15, 2014, court reporter Melissa Snell filed a request for extension of time to file the reporter's record. The request is GRANTED. The reporter's record is deemed filed as of May 20, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court